HAROLD COURTER, PROSECUTOR, v. THOMAS PEER, RECORDER OF THE TOWNSHIP OF CALDWELL, ET AL., RESPONDENTS.

Decided October 21, 1926.

On *certiorari.*

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutor, *J. Chester Massinger.*

For the respondents, *Edward J. Katzenbach* and *Grover C. Richman.*

PER CURIAM.

This matter is before us in all respects and with the same reasons urged as in Alois Rou, Prosecutor, *v.* Thomas Peer et al., No. 280 of this term, and our conclusion is that the writ of *certiorari* must be dismissed for the same reasons given in case No. 280.